**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**     www.flsb.uscourts.gov

■     1st          Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐                 Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: **Gagliardo, Paul**        JOINT DEBTOR:            CASE NO. **13-18151-JKO**
Last Four Digits of SS# **1998**    Last Four Digits of SS#    Case Filed. **4/11/2013**
☐ This document is a plan summary.    Additional data on file in clerk's office attached to original plan.

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of 60 months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to the creditors pro-rata under the plan:

A.    $ 264.00 for months    1    to    60   ; in order to pay the following creditors:

Administrative:    Attorney's Fee: **$3,500.00**\*\*TOTAL PAID: **$900.00** Balance Due:**$2,600.00**
            Payable **$221.56/**month (months 1 to 5); **$186.53**/month (months 6 to 13).
**\*\*$3,500 Regular Legal Fee**

Secured Creditors: [Retain Liens pursuant to 11 USC § 1325 (a)(5)] including creditors entitled to adequate protection payments which shall be paid through the plan:

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION (UTILIZING LOCAL FORM MOTION TO VALUE COLLATERAL IN PLAN) WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

Priority Creditors: [as defined in 11 U.S.C. §507]
**IRS[POC #3]    Total Due $1,106.00; Pay $18.44 / month (Months 1 to 60)**

Unsecured Creditors: Pay $ 35.03 /month (Months 6   to   13 ); Pay $ 221.56 /month (Months   14   to 60 );
Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above:

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

/s/ **Gagliardo, Paul**
Debtor                            Date: July 3, 2013