UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO.:  13-18151-BKC-JKO
PROCEEDING UNDER CHAPTER 13

IN RE:

PAUL GAGLIARDO
XXX-XX-1998

DEBTOR_____/

### TRUSTEE'S MOTION TO DEVIATE FROM PLAN
### AND CERTIFICATE OF SERVICE OF COURT GENERATED NOTICE OF HEARING

Robin R. Weiner, Standing Chapter 13 Trustee in the above-referenced case ("Trustee"), hereby files the Trustee's Motion to Deviate From Plan ("Motion") and Certificate of Service of Court Generated Notice of Hearing pursuant to 11 U.S.C. §§ 502 and 1329 and Federal Rules of Bankruptcy Procedure 2002 and 3007, and states:

1. The Debtor filed a voluntary Chapter 13 Petition on **April 11, 2013**.

2. The Debtor's Chapter 13 Plan was confirmed on **July 8, 2013**.

3. Upon information and belief, United States Treasury ("Creditor"), Account #1998, refuses to accept payments from the Trustee and the Debtor has not modified the Plan accordingly.

4. The Trustee requests permission to deviate from the Plan and disburse payments allocated to Creditor to pay administrative, secured, and priority creditors more quickly (if applicable) and increase the amount paid to allowed unsecured creditors by the balance due to Creditor for the remainder of the Plan term.

5. The Trustee requests the Debtor be required to continue making payments under the Plan and not increase or decrease those payments unless further ordered by this Court.

**WHEREFORE** the Trustee respectfully requests this Honorable Court grant the Motion and enter an Order Deviating from the Plan, allowing the Trustee to disburse payments allocated to Creditor to pay administrative, secured and priority creditors more quickly (if applicable) and increase the amount paid to allowed unsecured creditors by the balance due to Creditor for the remainder of the Plan term, require the Debtor to continue making payments under the Plan until further order of this Court, and for such other and further relief as the Court deems just and proper.

MOTION TO DEVIATE
CASE NO.:  13-18151-BKC-JKO

    **I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court as set forth in Local Rule 2090-1(A) and that a true and correct copy of this Trustee's Motion to Deviate From Plan and Certificate of Service of Court Generated Notice of Hearing was served, via U.S. first class mail and/or CM/ECF, upon the parties listed below this 17th day of December, 2015.

*/s/ Robin R. Weiner*
ROBIN R. WEINER, ESQUIRE
STANDING CHAPTER 13 TRUSTEE
P.O. BOX 559007
FORT LAUDERDALE, FL 33355-9007
TELEPHONE: 954-382-2001
FLORIDA BAR NO.: 861154

## SERVICE LIST

**COPIES FURNISHED TO:**

**DEBTOR**
PAUL GAGLIARDO
7317 CORKWOOD TER
TAMARAC, FL  33321

**ATTORNEY FOR DEBTOR**
JOHN D. SEGAUL, ESQUIRE
SEGAUL LAW FIRM
300 S PINE ISLAND ROAD
SUITE 304
PLANTATION, FL  33324

**CREDITOR**
United States Treasury
POB 7317
Philadelphia,  PA  19101-7317

**ADDITIONAL CREDITORS**
Internal Revenue Service
Special Asst. Attorney
1000 S. Pine Island Road #300
Ft. Lauderdale,  FL  33324

Internal Revenue Service
POB 7346
Philadelphia,  PA  19101-7346

MOTION TO DEVIATE
CASE NO.:  13-18151-BKC-JKO

Internal Revenue Service
Special Asst. U.S. Attorney
51 SW 1st Avenue, PO Box 9
Miami,  FL  33130

Internal Revenue Service
United States Attorney
99 NE 4th Street
Miami,  FL  33132

Department of the Treasury
1500 Pennsylvania Avenue, NW
Washington,  DC  20220

Loretta E. Lynch, Attorney General of US
US Dept. of Justice
950 Pennsylvania Ave. NW
Washington DC,  DC  20530